## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

In re:     KUETHER JOINT VENTURES LLC          §     Case No. 9:17-bk-06884-FMD
                                                §
                                                §
Debtor(s)                                       §

---

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

Robert E. Tardif Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distribution to Claimants: $140,013.35 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $58,859.67 | |

3) Total gross receipts of $245,584.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $46,710.98 (see **Exhibit 2**), yielded net receipts of $198,873.02 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY CLAIMS | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 58,859.67 | 58,859.67 | 58,859.67 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 194,942.15 | 260,013.35 | 140,013.35 | 140,013.35 |
| **TOTAL DISBURSEMENTS** | **$194,942.15** | **$318,873.02** | **$198,873.02** | **$198,873.02** |

4) This case was originally filed under Chapter 7 on 08/04/2017. The case was pending for 38 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/06/2020            By: /s/ Robert E. Tardif Jr.
                                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE¹ | $ AMOUNT RECEIVED |
|---|---|---|
| CHECKING ACCOUNT | 1129-000 | 584.00 |
| MORTGAGE-1674 124TH AVE, NE, BLAINE MN | 1129-000 | 245,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$245,584.00** |

¹ The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| KUETHER JOINT VENTURES LLC | Dividend of 100.000000000%, Claim No. SURPLUS | 8500-002 | 46,710.98 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$46,710.98** |

### EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **N/A** | | | |

### EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Robert E. Tardif Jr. | 2100-000 | N/A | 12,793.65 | 12,793.65 | 12,793.65 |
| Robert E. Tardif Jr. | 2200-000 | N/A | 481.27 | 481.27 | 481.27 |
| KapilaMukamal | 3410-000 | N/A | 3,252.80 | 3,252.80 | 3,252.80 |
| KapilaMukamal | 3420-000 | N/A | 121.55 | 121.55 | 121.55 |
| United States Bankruptcy Court | 2700-000 | N/A | 12.00 | 12.00 | 12.00 |
| Closing Costs | 2500-000 | N/A | 15,525.40 | 15,525.40 | 15,525.40 |
| Mahrous Kandil | 2500-002 | N/A | 8,000.00 | 8,000.00 | 8,000.00 |
| BOK FINANCIAL | 2600-000 | N/A | 3,010.50 | 3,010.50 | 3,010.50 |
| Robert E. Tardif Jr. | 3110-000 | N/A | 3,412.50 | 3,412.50 | 3,412.50 |

**UST Form 101-7-TDR (10/1/2010)**

| | 3510-000 | N/A | 12,250.00 | 12,250.00 | 12,250.00 |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$58,859.67** | **$58,859.67** | **$58,859.67** |

## EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | |

## EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **N/A** | | | |

## EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-1A | Stichter Riedel Blain & Postler, P.A. | 7100-000 | 0.00 | 23,000.00 | 23,000.00 | 23,000.00 |
| 1-1A-I | Stichter Riedel Blain & Postler, P.A. | 7990-000 | N/A | 854.13 | 854.13 | 854.13 |
| 1-1B | Roetzel & Andress, LPA | 7100-000 | N/A | 42,000.00 | 42,000.00 | 42,000.00 |
| 1-1B-I | Roetzel & Andress, LPA | 7990-000 | N/A | 1,559.71 | 1,559.71 | 1,559.71 |
| 2-2 | Saliterman & Siefferman, P.C. | 7100-000 | 0.00 | 70,000.00 | 70,000.00 | 70,000.00 |
| 2-2-I | Saliterman & Siefferman, P.C. | 7990-000 | N/A | 2,599.51 | 2,599.51 | 2,599.51 |
| 3-2 | PR THERESA K. WILLIAMS | 7400-000 | 0.00 | 120,000.00 | 0.00 | 0.00 |
| 4-1 | William Kuether | 7200-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Knight & Hayano PA | 7100-000 | 8,020.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Nick Manthey, Esq. | 7100-000 | 4,190.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Saliterman & Siefferman | 7100-000 | 110,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Smith Schafer & Assocs | 7100-000 | 6,780.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Twin West Reporting | 7100-000 | 952.15 | 0.00 | 0.00 | 0.00 |
| NOTFILED | WM Kuether, Inc. | 7100-000 | 65,000.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$194,942.15** | **$260,013.35** | **$140,013.35** | **$140,013.35** |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| | | | | |
|---|---|---|---|---|
| **Case Number:** | 17-06884 CED | **Trustee:** | Robert E. Tardif Jr. | |
| **Case Name:** | KUETHER JOINT VENTURES LLC | **Filed (f) or Converted (c):** | 08/04/17 (f) | |
| | | **§341(a) Meeting Date:** | 09/05/17 | |
| **Period Ending:** | 10/06/20 | **Claims Bar Date:** | 12/04/17 | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref #** | **Asset Description (Scheduled And Unscheduled (u) Property)** | **Petition/ Unscheduled Values** | **Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA=§554(a) Abandon** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | CHECKING ACCOUNT | 584.36 | 584.36 | | 584.00 | FA |
| 2 | SLANDER OF TITLE LAWSUIT Trustee Value is Estimate Only. | Unknown | 5,000.00 | | 0.00 | FA |
| 3 | MORTGAGE-1674 124TH AVE, NE, BLAINE MN | 197,184.00 | 245,000.00 | | 245,000.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$197,768.36** | **$250,584.36** | | **$245,584.00** | **$0.00** |

**Major activities affecting case closing:**

<9/9/2020, 8:22:46 AM - BLK-342> Submitted TDR to UST.

<8/18/2020, 1:44:41 PM - BLK-342> Disbursed funds to Creditors in accordance with COD.

<6/29/2020, 1:12:45 PM - BLK-342> NFR mailed to Creditors on Matrix.

<6/15/2020, 4:31:30 PM - BLK-342> Submitted amended TFR to UST.

<4/22/2020, 11:46:26 AM - RET2-344>Prepared order on Motion to Determine Proper Payee.

<1/24/2020, 9:44:49 AM - RET2-344>Filed motion to determine proper payee of WM Kuether LLC distribution.

<1/7/2020, 11:15:38 AM - BLK-342> NFR mailed to Creditors on Matrix.

<12/6/2019, 2:12:39 PM - BLK-342> Submitted TFR to UST.

<10/9/2019, 1:42:38 PM - BLK-342> Sent abatement request to IRS.

<9/25/2019, 11:04:47 AM - RET2-344>CPA preparing amended returns.

<7/23/2019, 3:33:18 PM - BLK-342> Mailed estate tax return to IRS & Minnesota.

<7/1/2019, 9:58:45 AM - RET2-344>Sent Forms 1 and 2 and last filed tax return to Soneet Kapila to prepare estate returns.

<5/2/2019, 3:02:06 PM - RET2-344>Filed objection to claim of T. Williams (3-2).

August 10, 2018 (RET) - Emailed Attorney Pierce re: Salitermann fee claim.

June 28, 2018 (RET) - Telephone conversation with R. Johnston. He advised that he's putting together an offer to globally resolve all issues in this case. He represents MN attorney with claim against Debtor.

April 23, 2018 (RET) - Emailed Paul Giordano re: receipt of funds and claims.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

April 13, 2018 (RET) - Filed motion to pay buyer credit.

February 09, 2018 (RET) - Filed Motion to Sell and Joint Motion to Compromise with Wm Kuether, Inc., on previous transfer of property.

February 05, 2018 (GAH) Appl to Employ Real Estate Broker (Knight) filed.

February 02, 2018 (RET) - Emailed ATE to D. Knight for real estate in MN.

December 21, 2017 (RET) - Researched and prepared response to Motion to Deem Late Filed Claim as Timely.

October 26, 2017 (RET) - Trustee preparing avoidance adversary complaint regarding MN property upon which Debtor purportedly has a mortgage receivable.


**Initial Projected Date of Final Report (TFR):**  September 30, 2018          **Current Projected Date of Final Report (TFR):**  June 15, 2020 (Actual)

Page: 1

**Form 2**
**Cash Receipts and Disbursements Record**

| | | |
|---|---|---|
| **Case Number:** | 17-06884 CED | |
| **Case Name:** | KUETHER JOINT VENTURES LLC | |
| **Taxpayer ID#:** | **-***2088 | |
| **Period Ending:** | 10/06/20 | |

| | |
|---|---|
| **Trustee:** | Robert E. Tardif Jr. |
| **Bank Name:** | BOK FINANCIAL |
| **Account:** | ******7819 - Checking Account (Non-Interest Earn |
| **Blanket Bond:** | $24,397,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/19/17 | Asset #1 | Wm Kuether Inc. | Payment on Overage | | 1129-000 | 584.00 | | 584.00 |
| 02/28/18 | 1000 | United States Bankruptcy Court | Payment to Clerk for certified copy of Order Granting Motion to Sell Property (Doc. No. 35) in accordance with Administrative Order Providing Limited Authority to Expend Funds entered 9/30/11 | | 2700-000 | | 12.00 | 572.00 |
| 04/20/18 | | Landtitle Services | SALE OF ASSETS (Doc #35) | | | 217,224.60 | | 217,796.60 |
| 04/20/18 | | Closing Costs | First Out Payment to Wm Kuether | -10,000.00 | 2500-000 | | | 217,796.60 |
| 04/20/18 | | Closing Costs | County Taxes | -923.60 | 2500-000 | | | 217,796.60 |
| 04/20/18 | | Closing Costs | Seller Credit | -3,000.00 | 2500-000 | | | 217,796.60 |
| 04/20/18 | | | Real Estate Commission | -12,250.00 | 3510-000 | | | 217,796.60 |
| 04/20/18 | | Closing Costs | Settlement or Closing Fee | -350.00 | 2500-000 | | | 217,796.60 |
| 04/20/18 | | Closing Costs | State Deed Tax Stamps | -808.50 | 2500-000 | | | 217,796.60 |
| 04/20/18 | | Closing Costs | Conservation Fee | -5.00 | 2500-000 | | | 217,796.60 |
| 04/20/18 | | Closing Costs | Record Discharge of Lis Pendens | -46.00 | 2500-000 | | | 217,796.60 |
| 04/20/18 | | Closing Costs | Record Probate Documents | -138.00 | 2500-000 | | | 217,796.60 |
| 04/20/18 | | Closing Costs | Outstanding and est water bill | -254.30 | 2500-000 | | | 217,796.60 |

Page: 2

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 17-06884 CED | | Trustee: | Robert E. Tardif Jr. |
| Case Name: | KUETHER JOINT VENTURES LLC | | Bank Name: | BOK FINANCIAL |
| | | | Account: | ******7819 - Checking Account (Non-Interest Earn |
| Taxpayer ID#: | **-***2088 | | Blanket Bond: | $24,397,000.00 (per case limit) |
| Period Ending: | 10/06/20 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/20/18 | Asset #3 | | SALE OF ASSETS | 245,000.00 | 1129-000 | | | 217,796.60 |
| 04/30/18 | 1001 | Mahrous Kandil | Payment of Buyer's Credit made in accordance with Order authorizing entered 4/16/18 | 2500-002 | | 8,000.00 | 209,796.60 |
| 04/30/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 61.74 | 209,734.86 |
| 05/31/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 312.87 | 209,421.99 |
| 06/29/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 301.22 | 209,120.77 |
| 07/31/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 310.81 | 208,809.96 |
| 08/31/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 310.35 | 208,499.61 |
| 09/28/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 299.89 | 208,199.72 |
| 10/31/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 309.44 | 207,890.28 |
| 11/30/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 299.02 | 207,591.26 |
| 12/31/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 308.54 | 207,282.72 |
| 01/31/19 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 308.08 | 206,974.64 |
| 02/19/19 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 188.54 | 206,786.10 |

**Form 2**
**Cash Receipts and Disbursements Record**

| | | |
|---|---|---|
| **Case Number:** | 17-06884 CED | |
| **Case Name:** | KUETHER JOINT VENTURES LLC | |
| **Taxpayer ID#:** | **-***2088 | |
| **Period Ending:** | 10/06/20 | |

| | |
|---|---|
| **Trustee:** | Robert E. Tardif Jr. |
| **Bank Name:** | BOK FINANCIAL |
| **Account:** | ******7819 - Checking Account (Non-Interest Earn |
| **Blanket Bond:** | $24,397,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/21/19 | | BOK FINANCIAL | Account Closeout Transfer Adjustment | 9999-000 | | 206,786.10 | 0.00 |

|  |  | Receipts | Disbursements | |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | **217,808.60** | **217,808.60** | **$0.00** |
| Less: Bank Transfers | | 0.00 | 206,786.10 | |
| **Subtotal** | | **217,808.60** | **11,022.50** | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$217,808.60** | **$11,022.50** | |

**Form 2**
**Cash Receipts and Disbursements Record**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 17-06884 CED | | | **Trustee:** | Robert E. Tardif Jr. | |
| **Case Name:** | KUETHER JOINT VENTURES LLC | | | **Bank Name:** | Signature Bank | |
| | | | | **Account:** | ******2238 - Checking | |
| **Taxpayer ID#:** | **-***2088 | | | **Blanket Bond:** | $24,397,000.00 (per case limit) | |
| **Period Ending:** | 10/06/20 | | | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/21/19 | | Signature Bank | Account Opening Deposit Adjustment | 9999-000 | 206,786.10 | | 206,786.10 |
| 09/09/19 | 1001 | KapilaMukamal | Payment of Accountant for Trustee in accordance with Order authorizing payment entered 8/23/19 | | | 3,374.35 | 203,411.75 |
| 09/09/19 | | KapilaMukamal | Payment of Accountant for Trustee in accordance with Order authorizing payment entered 8/23/19    3,252.80 | 3410-000 | | | 203,411.75 |
| 09/09/19 | | KapilaMukamal | 121.55 | 3420-000 | | | 203,411.75 |
| 08/18/20 | 1002 | Robert E. Tardif Jr. | Dividend of 100.000000000% | 2100-000 | | 12,793.65 | 190,618.10 |
| 08/18/20 | 1003 | Robert E. Tardif Jr. | Dividend of 100.000000000% | 2200-000 | | 481.27 | 190,136.83 |
| 08/18/20 | 1004 | Robert E. Tardif Jr. | Dividend of 100.000000000% | 3110-000 | | 3,412.50 | 186,724.33 |
| 08/18/20 | 1005 | Roetzel & Andress, LPA | Dividend of 100.000000000%, Claim No. 1-1B | 7100-000 | | 42,000.00 | 144,724.33 |
| 08/18/20 | 1006 | Saliterman & Siefferman, P.C. | Dividend of 100.000000000%, Claim No. 2-2 | 7100-000 | | 70,000.00 | 74,724.33 |
| 08/18/20 | 1007 | Stichter Riedel Blain & Postler, P.A. | Dividend of 100.000000000%, Claim No. 1-1A | 7100-000 | | 23,000.00 | 51,724.33 |
| 08/18/20 | 1008 | Roetzel & Andress, LPA | Payment of interest on Claim No. 1-1B | 7990-000 | | 1,559.71 | 50,164.62 |
| 08/18/20 | 1009 | Saliterman & Siefferman, P.C. | Payment of interest on Claim 2-2 | 7990-000 | | 2,599.51 | 47,565.11 |
| 08/18/20 | 1010 | Stichter Riedel Blain & Postler, P.A. | Payment of interest on Claim No. 1-1A | 7990-000 | | 854.13 | 46,710.98 |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 17-06884 CED | Trustee: | Robert E. Tardif Jr. |
|---|---|---|---|
| Case Name: | KUETHER JOINT VENTURES LLC | Bank Name: | Signature Bank |
| | | Account: | ******2238 - Checking |
| Taxpayer ID#: | **-***2088 | Blanket Bond: | $24,397,000.00 (per case limit) |
| Period Ending: | 10/06/20 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/18/20 | 1011 | KUETHER JOINT VENTURES LLC | Dividend of 100.000000000%, Claim No. SURPLUS | 8500-002 | | 46,710.98 | 0.00 |

|  |  | Receipts | Disbursements | |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | **206,786.10** | **206,786.10** | **$0.00** |
| Less: Bank Transfers | | 206,786.10 | 0.00 | |
| **Subtotal** | | **0.00** | **206,786.10** | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$206,786.10** | |

| | |
|---|---|
| Net Receipts: | $217,808.60 |
| Plus Gross Adjustments: | 27,775.40 |
| Less Other Noncompensable Items: | 54,710.98 |
| Net Estate: | $190,873.02 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******2238** | **0.00** | **206,786.10** | **0.00** |
| **Checking # ******7819** | **217,808.60** | **11,022.50** | **0.00** |
| | **$217,808.60** | **$217,808.60** | **$0.00** |